IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00383-ZLW-BNB

DOROTHY LATEEF,

    Plaintiff,

v.

SHORTLINE AUTOMOTIVE, INC.,

and

CAPITAL ONE AUTO FINANCE, INC.,

    Defendants.

_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference. The scheduling order was refused for reasons stated on the record. Consistent with matters discussed during the scheduling conference:

IT IS ORDERED that a revised scheduling order, modified as discussed at the scheduling conference, shall be submitted on or before **June 9, 2006**.

Dated June 6, 2006.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge