IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00383-ZLW-BNB

DOROTHY LATEEF,

    Plaintiff,

v.

SHORTLINE AUTOMOTIVE, INC., and
CAPITAL ONE FINANCE, INC.,

    Defendants.

MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: August    30   , 2006


    It is ORDERED that attorney James Florey, Jr.'s Motion To Withdraw is granted, and attorney Florey is allowed to withdraw as counsel for Defendant Shortline Automotive, Inc.  The Court notes the Entry Of Appearance of Michael Brice Sullivan and Matthew J. Costinett as counsel for said Defendant.