IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00383-ZLW-BNB

DOROTHY LATEEF,

    Plaintiff,

v.

SHORTLINE AUTOMOTIVE INC. and
CAPITAL ONE FINANCE, INC.,

    Defendant.

_____

ORDER OF DISMISSAL
_____

The matter before the Court is Plaintiff's Motion To Dismiss With Prejudice filed September 12, 2006.  In consideration thereof, it is

ORDERED that Plaintiff's Motion To Dismiss With Prejudice is granted.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice.

DATED at Denver, Colorado, this   13   day of September, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court