IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00383-ZLW-BNB

DOROTHY LATEEF,

    Plaintiff,

v.

SHORTLINE AUTOMOTIVE INC. and
CAPITAL ONE AUTO FINANCE, INC.,

    Defendants.

_____

ORDER OF DISMISSAL OF CROSS-CLAIMS
_____

On August 3, 2006, the Clerk of this Court entered a Judgment in favor of Plaintiff and against Defendant Shortline Automotive, Inc., in the amount of $5,000. Thereafter, on September 13, 2006, this Court entered an Order Of Dismissal dismissing the Complaint and cause of action pursuant to a stipulated motion based upon settlement between Plaintiff and Capital One Auto Finance, Inc.  Now before the Court is a Stipulation For Dismissal With Prejudice of Cross-Claims of Defendant Capital One Auto Finance, Inc., against Defendant Shortline Automotive, Inc..  Pursuant to and in accordance with that Stipulation, it is

    ORDERED that the Cross-Claims of Defendant Capital One Auto Finance, Inc., against Defendant Shortline Automotive, Inc., are dismissed with prejudice, the parties to pay their own costs, fees, and expenses.  It is

FURTHER ORDERED that this case is now closed on the docket of this Court, all issues now having been resolved between the parties.

DATED at Denver, Colorado, this   5   day of October, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court